MINUTE ENTRY          9:00 a.m.


 RAY T. TENORIO -vs- RELIABLE COLLECTION AGENCY


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Randy Schmidt, Law Clerk
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Court Deputy
    Perry Inos, Attorney for Plaintiff
    Ray T. Tenorio, Plaintiff
    G. Anthony Long, Attorney for Defendants
    Helen F. Sambrano, Defendant
    Mario Espinosa, Defendant


PROCEEDINGS: BENCH TRIAL - Day One

 Plaintiff was represented Attorney Perry Inos.  Defendants were represented by
Attorney G. Anthony Long.

 Attorney Perry Inos gave opening argument.

 Attorney Inos called witness:

 HELEN F. SAMBRANO.  (Reliable Collection Agency, Inc.)  DX.  Attorney Inos moved
to admit Ex. 20 into evidence, there being no objection, Court so ordered.  Attorney
Inos moved to admit Ex. 3 into evidence, there being no objection, Court so ordered.
 Attorney Inos moved to admit Ex. 5 into evidence, there being no objection, Court
so ordered. Attorney Inos moved to admit Ex. 2 into evidence, there being no
objection, Court so ordered. Attorney Inos moved to admit Ex. 4 into evidence, there
being no objection, Court so ordered. Attorney Inos moved to admit Ex. 7 into
evidence, there being no objection, Court so ordered. Attorney Inos moved to admit
Ex. 19 into evidence, there being no objection, Court so ordered.


 Court recessed at 10:15 a.m. for morning break and reconvened at 10:35 a.m.

 Attorney Long began CX of witness Sambrano.  Attorney Long moved to admit Ex. I
into evidence; there being no objection, Court so ordered. Attorney Long moved to
admit Ex. J into evidence; there being no objection, Court so ordered.  Attorney
Long moved to admit Ex. K into evidence; there being no objection, Court so ordered.
  Attorney Long offered Ex. 7A (a better copy of Pltfs. Ex. 7).  RDX.

 It was stipulated between counsel to invoke the practice not to have the witnesses
present in the Courtroom prior to being called to testify.  Court so ordered.

 Attorney Inos called witness:

 JOSEPH CABRERA  MUNA.  DX. RDX.  Attorney Long moved to admit Ex. 7A and Ex. 17
into evidence, there being no objection, Court so ordered.

 Attorney Inos called witness:

RAY T. TENORIO. (Plaintiff).  DX. Attorney Inos moved to admit Ex. 6 into
evidence.  Attorney Long conducted Voir Dire of the witness regarding Ex. 6 and
objected to the fax confirmations being admitted into evidence. Court received Ex. 6
without Fax confirmations. RDX re Ex. 6.

Court recessed for lunch break at 11:40 a.m. and reconvened at 1:34 p.m.

Attorney Long began CX of witness Ray T. Tenorio.  RDX. RCX.

Plaintiff rested at 2:00 p.m.  Attorney Long moved for a Judgment as a Matter of
Law regarding the Ninth cause of action( Intentional Infliction of Emotional
Distress). Attorney Inos argued.  Court granted the motion. Attorney Long moved for
a Judgment as a Matter of Law regarding the Eighth cause of action (Violation of
Right to Privacy).
Attorney Inos argued. Court granted the motion. Attorney Long moved for a Judgment
as a Matter of Law regarding the Seventh cause of action (Common Law Harassment in
Attempting to Collect a Debt and Invasion of Privacy).  Court, after hearing
argument, took this particular motion under advisement. Attorney Long moved for a
Judgment as a Matter of Law regarding the Sixth cause of action (Violation of Fair
Debt Collection Practices Act - Failure to Comply with Validation of Debt
Requirements).  Court took this motion under advisement.  Attorney Long moved for a
Judgment as a Matter of Law regarding the Fifth cause of action (Violation of Fair
Debt Collection Practices Act - Harassment, Oppression and Abuse).  Court took this
motion under advisement.  Attorney Long moved for a Judgment as a Matter of Law
regarding the Fourth cause of action (Violation of Fair Debt Collection Practices
Act - Communicating with Plaintiff after Being Advised to Cease all Communications).
 Court denied the motion at this time.
Attorney Long moved for a Judgment as a Matter of Law regarding the Third cause of
action (Violation of Fair Debt Collection Practices Act - Communicating with Third
Parties).  Attorney Inos withdrew that Cause. Attorney Long moved for a Judgment as
a Matter of Law regarding the Second cause of action (Violation of Fair Debt
Collection Practices Act - Communicating with Plaintiff at His Place of Employment).
 Attorney Inos argued.  Court denied the motion at this time. Attorney Long moved
for a Judgment as a Matter of Law regarding the First cause of action (Violation of
Fair Debt Collection Practices Act - Communicating with Third Persons More than
Once).   Attorney Inos argued. Court denied the motion at this time.

Court recessed for afternoon break at 2:50 at 3:20 p.m.

Attorney Long moved that if there were any damages to be awarded that the only
recovery allowable would be for the actual damages.  Attorney Inos argued.  Court
took the matter under advisement.  Attorney Long moved that if the statutory damage
would $1,000 a case and not for each cause. No argument from Attorney Inos.  Court
took the matter under advisement.

Attorney Long moved to admit Ex.'s C, D, E, and G into evidence.  Court so ordered.

Attorney Long stated that Defense rested.

Court ordered that Findings of Facts and Conclusions of Law will be due on November
28, 2003 at 3:30 p.m.  Points and Authorities also due on Rule 52 (c) motions.

        Adjourned at 3:30 p.m.

;    [KLL EOD 11/10/2003]